IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Samuel H. Walters and Ruth Sheets, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00720 |
| v. | : | Judge Watson |
| United States of America, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

The parties' November 14, 2012 joint motion to cancel the settlement conference set for December 14, 2012 (doc. 26) is GRANTED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Gary Hammond, 556 E. Town Street, Columbus, Ohio 43215.

s/Mark R. Abel
United States Magistrate Judge